**RECEIVED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 06 2020**

JEFFREY P. COLWELL
CLERK

TO WHOM IT MAY CONCERN,

I was assaulted by staff at the F.D.C Englewood where my 8TH amendment right to be safe was violated by a person of trust. On 3-5-2020 between 1 p.m and 3 p.m while being taken to a suicide watch cell I was handcuffed, shackled, and placed in a transport wheelchair. A Lieutenant Jackson pushed me into a holding cell where he begin to verbally and physically assault me. He started out by saying, "I'm not carrying you no where so stand up". Once I didnt respond Lt. Jackson begin calling me bitches saying, "Lets go bitch stand up, stand up bitch, you are a weak little bitch-man up, man up you fucking bitch. When I didnt stand up he begin his physical assault on the right side of my body where he begin to press pressure points behind my ear, neck, and shoulder. Not getting the response he was looking for he moved to my left side and continued his verbal and physical assault on me. Between the assault from the right to the left when the pain became unbearable I begin to scream out: "You can kill this body but my soul belongs to God". Once the holding cell begin to fill up with staff Lt. Jacksons' assault slowly stopped. Once they changed wheelchairs I was pushed into the R&D area and waited for the transport van, upon seeing another lieutenant I immediately called out to the female LT and told her that I had just been assaulted by LT. Jackson and she said she would be sure to tell the captain. I was then taken to the F.C.I Englewood to a suicide watch cell where verbal assaults from the captain and another who conducted the transport from the van to the cell. The next day I was transported to F.C.I Florence and placed in suicide watch again for the next 14 days. During this time I kept trying to explain that I had been assaulted and tried showing staff the bruises that were left in the wake of the assault. A few notes were taken in the "suicide watch log" and I continued to explain to staff and ask for help. At that point I was told to exhaust my administrative remedies. (remedy ID: 1025796-F.1) Each time I attempted to use the formal grievance procedure the process has been abused by institutional staff. I was informed on July 2, 2020 that an extension had been requested and the new response date was July 19, 2020. As of today 8-3-2020 I still have no response and staff keeps running me in circles. I'm afraid my concerns won't be addressed at this institution as well as retaliation. I beg you for direction and guidance as well as a prisoner complaint packet. Please and thank you.

Mr. _____  # 32028-013          Date: 8-3-2020

Name: MR. ELBERT GIFFORD III

Reg. No.: #32028-013

Federal Correctional Institution

P.O. Box 6000

Florence, CO. 81226

~ LEGAL ~

~ MAIL

OFFICE OF THE CLERK
OF THE COURT
901 19TH STREET
DENVER, CO 80246

8029432500 C044